# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 188 MM 2014 |
| | : |
| Respondent | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| YASHEAM WASHINGTON, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2015, the Petition for Leave to File Petition for Allowance of Appeal is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. See Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file the already-prepared Petition for Allowance of Appeal within five days.